2:26-cv-02763-MMD-EJY

Your Name: Lateshera Owens
Address: Edmond St 4241 Apt#A LV, NV, 89103
Phone Number: 725-271-9034
Fax Number:
E-mail Address: Slateshera1974@gmail.com
Pro Se Plaintiff

FILED ENTERED RECEIVED SERVED ON
COUNSEL/PARTIES OF RECORD
AUG 31 2026
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: Ammi DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Lateshera Owens<br><br>Plaintiff,<br><br>vs.<br><br>~~Lateshera Owens~~<br><br>FBI Agents<br><br>Defendant. | Case Number:<br><br>**COMPLAINT**<br><br>DEMAND FOR JURY TRIAL<br><br>Yes ☐ No ☐ |

**JURISDICTION**

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

1. My case belongs in federal court

☒ under federal question jurisdiction because it is involves a federal law or right.

[*Which federal law or right is involved?*] ______________________________

______________________________.

☐ under diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants and the amount of damages is more than $75,000.

**VENUE**

[*Nevada is one "judicial district." Check the box for each venue option that applies.*]

2. Venue is appropriate in this Court because:

☐ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☒ I am suing the U.S. government, federal agency, or federal official in his or her official capacity and I live in this district.

☐ at least one defendant is located in this District and any other defendants are located in California.

**INTRADISTRICT ASSIGNMENT**

[*This District has two unofficial divisions. One is the "Northern Division" covering northern Nevada including Carson City, Churchill, Douglas, Elko, Eureka, Humboldt, Lander, Lyon, Mineral, Pershing, Storey, Washoe and Whitepine counties at the courthouse in Reno. One is the "Southern Division" covering southern Nevada including Clark, Esmeralda, Lincoln, and Nye counties at the courthouse in Las Vegas.*]

3. Because this lawsuit arose in Clark County County, it should be assigned to the ______________ Division of this Court.

**PARTIES**

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

Name: ______________

Address: ______________

Telephone: ______________

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name: Lateshia Owens

Address: ____[*if Defendant is an individual do not list home address, just use county and state*]

Telephone: ______________

Defendant 2:

Name: ______________________________

Address: [*if Defendant is an individual do not list home address, just use county and state*]

Telephone: ______________________________

Defendant 3:

Name: ______________________________

Address: [*if Defendant is an individual do not list home address, just use county and state*]

Telephone: ______________________________

**STATEMENT OF FACTS**

[*Write a short and simple description of the facts of your case. Include basic details such as* where *the events happened,* when *things happened and* who *was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.*]

. I Lateshea Owens has experince numerous harassments. My Right has been Violated as a (US citizen) by law officals First they accused me of taking some ones life which is a very serious crime which NRS 207.280 is False when thats a crime was not true. [illegible] and also was [illegible] said about me, that [illegible] I was crazy, I was in a Mental Hospital I was never in a mental Hospital which NRS. 200.510 States defamation expressed by paint, writing, signs or pictures that tends to blacken the memory of dead or impeach the honesty, integrity, Virtue ridiculee The proof I have which is all on

soical media, which has accected me mentally, Physical, Emotional in more ways a person can imge and because of these false allegations I have lost a place to stay I have lost jobs or can not get a good job. every where I go people looking, point at me laugh even joking about the false allegation, I even some times have want to got out to a Store or get gas or what ever I can not live a full life becaus I been single out by the law offical I feel like its because of my color of my Skin as well as other things like they wanted me to do things that I did not want to do like sale drugs the reason I said that is because they caught my ex-husband saling pills so they have him working for them which that did not have any thing to do with me So I guess since I would go around him from time to time they was trying to involved me in it which that explain them following me which I could not understand I did report

**CLAIMS**

**First Claim**

(*Name the law or right violated*: ______________________________)

(*Name the defendants who violated it*: ______________________________)

[*Explain briefly here <u>what</u> the law is, <u>what each</u> defendant did to violate it, and <u>how</u> you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.*]

Several different times [redacted] to the officals, [redacted]. its very Scary [redacted] the are suppose to Serve and Protect and make sure we are safe [redacted] today I am standing up coming foward not being scared this has and is affecting me in more ways than a person know and which I not me mention they have an has not question me at all. this being going on for 4 years or better. [redacted] I have been violated on so many levels as a citizen. [redacted] and etc...

______________________ **Claim**

(*Name the law or right violated*: ____________________________________________)

(*Name the defendants who violated it*: ________________________________________)

____. ________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

____. ________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

____. ________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

____. ________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

____. ________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

____. ________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

## DEMAND FOR RELIEF

[*State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.*]

____. ____________________

## DEMAND FOR JURY TRIAL

[*Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.*]

☑ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 8-31-2026 Sign Name: [signature]

Print Name: [handwritten name]

*[Copy this page and insert it where you need additional space.]*

____. ____

____. ____

____. ____

____. ____

____. ____