UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LATESHEIA OWENS, Plaintiff, v. FBI AGENTS, Defendant. | Case No. 2:26-cv-02763-MMD-EJY ORDER |

Pro se Plaintiff Latesheia Owens filed an initial application to proceed *in forma pauperis* ("IFP") (ECF No. 1) and a complaint (ECF No. 1-1 ("Complaint")). Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Elayna J. Youchah, recommending that Plaintiff's IFP application be granted and that her Complaint be dismissed for failure to state a plausible claim for relief. (ECF No. 4.) Plaintiff had until September 22, 2026 to file an objection. To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review and is satisfied that Judge Youchah did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("[D]e novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations."). In the R&R, Judge Youchah recommended that Plaintiff's IFP Application be granted. (ECF No. 4 at 1.) Judge Youchah next screened Plaintiff's Complaint alleging claims against unidentified FBI agents in their official capacities and determined that none of Plaintiff's claims could proceed under *Bivens v. Six Unknown Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). (*Id.* at 3-5.) Judge Youchah recommended dismissal with prejudice. (*Id.* at 5.) The Court agrees and will adopt Judge Youchah's recommendations.

It is therefore ordered that Judge Youchah's Report and Recommendation (ECF No. 4) is accepted and adopted in full.

It is further ordered that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is granted.

It is further ordered that the Clerk of Court file Plaintiff's Complaint (ECF No. 1-1).

It is further ordered that Plaintiff's Complaint is dismissed with prejudice.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 1st Day of October 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE